# Court of Appeals
# of the State of Georgia

ATLANTA,____June 10, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A0801.  GREG RUTLAND AS ADMINISTRATOR OF THE ESTATE OF BRUCE RUTLAND v. TONITA MORE.**

Bruce Rutland sued Tonita Moore for constructive trust, unjust enrichment, equitable title, and other relief.[1]  Moore sought summary judgment on several grounds, including that Rutland's unclean hands precluded him from obtaining any equitable relief.  The trial court granted the motion without explanation, and Rutland appeals to this Court.

The Georgia Constitution grants the Supreme Court general appellate jurisdiction over "all equity cases."  Ga. Const. of 1983, Art. IV, Sec. VI, Par. III (2).  "'[E]quity cases' are those in which a substantive issue on appeal involves the legality or propriety of equitable relief sought in the superior court – whether that relief was granted or denied." *Durham v. Durham*, 291 Ga. 231, 232 (2) (728 SE2d 627) (2012) (citation and punctuation omitted).  Here, the issues on appeal appear to center on the legality and propriety of the equitable relief that Rutland seeks.  Moreover, it is well-settled that the ultimate responsibility for determining appellate jurisdiction is vested in the Supreme Court.  See *Saxton v. Coastal Dialysis & Medical Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996). For these reasons, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.

---

[1] Bruce Rutland died after the filing of the lawsuit, which is now being prosecuted by Greg Rutland, the administrator of Bruce Rutland's estate.  For simplicity, we will refer to the plaintiff as "Rutland."



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* _____06/10/2015_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*